1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5084
7     Fax: (408)-535-5066
      E-Mail:  John.Glang@usdoj.gov
8
   Attorneys for Plaintiff
9

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware
11/22/2010

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,         )  No. CR 09-00511-JW
                                      )
15              Plaintiff,            )
                                      )  STIPULATION AND [PROPOSED]
16       v.                           )  ORDER RESCHEDULING SENTENCING
                                      )  HEARING
17  CHRISTINE VO,                     )
                                      )
18              Defendant.            )
                                      )
19

20      IT IS HEREBY STIPULATED between the parties with good cause appearing therefore,

21  and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant

22  in the above-entitled case, currently scheduled for Monday, November 29, 2010 at 1:30 p.m., be

23  continued and a new sentencing hearing date of Monday, February 7, 2011 at 1:30 p.m. is hereby

24  set.

25  It is so stipulated:

26  Dated:  __11-18-10_____                    _____/s/_____
                                                 JOHN N. GLANG
27                                               Assistant U.S. Attorney

28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING
CR 09-00511-JW

1  It is so stipulated:

2  Dated: _____                    _____/s/_____
                                            ROBERT E. CAREY
3                                           Attorney for Christine Vo

4

5
                        [PROPOSED] ORDER
6

7    Based upon the stipulation of the parties and good cause appearing therefore, it is hereby

8  ordered that the sentencing hearing for the defendant in the above-entitled case, currently

9  scheduled for Monday, November 29, 2010 at 1:30 p.m., is set for a Status Hearing re Judgment

10 and Sentencing on **December 6, 2010 at 1:30 PM** to inform the Court as to parties' need to the

11 delay sentencing proceedings to February 7, 2011 at 1:30 PM.

12 It is so ORDERED:

13 Dated: __November 22, 2010__              _____/s/ James Ware_____
                                            JAMES WARE
14                                          United States District Judge

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING**
**CR 09-00511-JW**                          2